FILED
2026 MAY 26
CLERK
U.S. DISTRICT COURT

MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
DANIELLE CARTER, Special Assistant United States Attorney (CA #319442)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT 84111-2176
Telephone: (801) 524-5682 • Facsimile: (801) 524-3399

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INFORMATION |
| Plaintiff, | : | VIO. 8 U.S.C. § 1326 |
| vs. | : | (REENTRY OF A PREVIOUSLY REMOVED ALIEN) |
| SANDRO SAUZ-FLORES, | : | |
| Defendant. | : | Case: 2:26−cr−00182<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 5/26/2026<br>Description: USA v. Sauz−Flores |

---

The United States Attorney charges:

COUNT I

On or about May 26, 2026, in the District of Utah,

SANDRO SAUZ-FLORES,

the defendant herein, an alien who on or about August 10, 2014, and December 24, 2021, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of Homeland Security to reapply for

admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 26th day of May, 2026.

MELISSA HOLYOAK
First Assistant United States Attorney

FOR: ______________________________
DANIELLE CARTER
Special Assistant United States Attorney